AO 106 (Rev. 04/10) Application for a Search Warrant

## UNITED STATES DISTRICT COURT

for the

Southern District of California

**FILED**

AUG 0 2 2018

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

In the Matter of the Search of

*(Briefly describe the property to be searched
or identify the person by name and address)*

Google Account with User ID: Airn123475@gmail.com

) 
) 
) Case No.
) 
) 
)

**1 8 M J 4 2 8 9**

### APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the _Noothern_ District of _CA_ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 USC 2113(a) | Bank Robbery and Attempted Bank Robbery |

The application is based on these facts:
Please see attached affidavit from FBI Special Agent Brandon Cagle

☐ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested
under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Brandon Cagle, FBI Special Agent
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 8/2/18

_____
*Judge's signature*

City and state:  San Diego, California

Hon. Barbara L. Major, U.S. Magistrate Judge
_____
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF APPLICATION FOR SEARCH WARRANT**

I, Brandon Cagle, being duly sworn, hereby state as follows:

**INTRODUCTION**

1.      I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI), and have been so employed since October 2014. I am currently assigned to the San Diego Field Division, North County Resident Agency (NCRA). Prior to joining the FBI, I was a Police Officer with the Riverdale, Illinois Police Department, serving from July 2013 until October 2014. In my capacity as a Police Officer, I identified, pursued, and arrested suspects and perpetrators of criminal acts. I recorded facts to prepare reports that documented incidents and activities and I reviewed facts of incidents to determine if criminal acts or statute violations were involved.

2.      During my time at the NCRA, I have had personal contact with numerous admitted or known criminals and their associates and have discussed their lifestyle, and methods of operations regarding violent and property crimes. I have participated in investigations involving criminal activity including, but not limited to criminal street gangs, white collar crime, computer crimes, and violent crimes. I have received training and gained experience in interviewing and interrogation techniques, arrest procedures, search warrant applications, the execution of searches and seizures, computer crimes, computer evidence identification, computer evidence seizure and processing, and various other criminal laws and procedures. I have personally participated in the execution of search warrants involving the search and seizure of computer equipment.

3.      I make this affidavit in support of an application by the United States of America for a search warrant for Google, Inc., 1600 Amphitheatre Parkway, Mountain View, California 94043, as described in Attachment A, to search the following Gmail Email Account for items that constitute evidence of violations of

1  federal criminal law, namely, 18 U.S.C. § 2113(a), as further described in

2  Attachments B, for the period from May 9, 2018 up and including June 19, 2018:

3      a.      Airn123475@gmail.com (**Target Email**)

4      4.      The information set forth in this affidavit is based on my own personal

5  knowledge, knowledge obtained from other individuals during my participation in

6  this investigation, including other law enforcement officers, my review of

7  documents and computer records related to this investigation, communications with

8  others who have personal knowledge of the events and circumstances described

9  herein, and information gained through my training and experience. Because this

10  affidavit is submitted for the limited purpose of establishing probable cause in

11  support of the application for a search warrant for the **Target Email**, it does not set

12  forth each and every fact that I or others have learned during the course of this

13  investigation.

14  **BACKGROUND REGARDING INTERNET SERVICE PROVIDERS**

15  **GOOGLE, INC.**

16      5.      Google, Inc. (Google) is an Internet company, which among other

17  things, provides electronic communication services to subscribers. Google's

18  electronic mail service, known as Gmail, allows subscribers to communicate with

19  other Internet Service Provider subscribers through the Internet.

20      6.      Subscribers to Google use unique screen names and/or email addresses

21  during communications with others. The screen names and/or email addresses may

22  or may not identify the real name of the person using a particular screen name or

23  email account.

24      7.      Upon creation of a Gmail account, Google automatically makes certain

25  folders including folders for incoming messages, outgoing messages, and deleted

26  messages. Users have the option to create additional folders if they desire. By

27

1 | default, Google will not delete any messages unless the user decides to do so on their
2 | own. This can result in messages being saved for several years in each of the folders.

3 |        8.     Based on my training and experience, I have learned that Google users
4 | also have access to Google Drive, a cloud based storage system. Files can be saved,
5 | accessed, and deleted from multiple devices to include computers, laptops, tablets,
6 | and smart phones.

7 | **FACTS IN SUPPORT OF PROBABLE CAUSE**

8 |        9.     On June 9, 2018, at approximately 10:44 a.m., an individual later
9 | identified as Terry Lee Taylor robbed the US Bank located at 9400 Mira Mesa
10 | Boulevard, San Diego, California 92126. Taylor approached the bank teller and
11 | passed a demand note. The teller, who was concerned for her safety, complied and
12 | provided Taylor with approximately $1,879. Taylor took the money and departed
13 | the bank. Taylor entered a nearby Jack in the Box where he changed his clothes and
14 | then fled the area.

15 |       10.     On June 12, 2018, at approximately 3:55 p.m., an individual later
16 | identified as Taylor entered the Chase Bank located at 1467 Main Street, Ramona,
17 | California 92065. Taylor approached the bank teller and passed her a demand note.
18 | The teller, who was concerned for her safety, complied and provided Taylor with
19 | $4,696. Taylor took the money and departed the bank.

20 |       11.     On June 14, 2018, at approximately 12:20 p.m., an individual later
21 | identified as Taylor entered the Bank of America located at 1407 Main Street,
22 | Ramona, California 92065. Taylor entered the bank and waited behind other
23 | customers. A bank employee recognized Taylor from the security photographs from
24 | the June 12, 2018, Chase Bank robbery. The employee, fearing for the safety of other
25 | employees and customers in the bank, pressed the alarm and called 911. Taylor
26 | appeared to become nervous and subsequently fled the bank without money.

27 |

3

1    12.    On June 18, 2018, at approximately 4:55 p.m., an individual later
2  identified as Trinity Arin Keara JONES, entered the US Bank located at 12265
3  Scripps Poway Parkway, Poway, California 92064, and approached the teller
4  counter. JONES stated she wanted to make a withdrawal. She then looked through
5  her bag for her debit card. JONES was unable to find her debit card. The teller asked
6  JONES for an identification card in order to look up her account. JONES stated she
7  did not have her identification card and would come back later. JONES subsequently
8  exited the bank. The teller observed JONES speak with an unknown individual, later
9  identified as Taylor, immediately outside the front of the bank.  Taylor subsequently
10  entered the bank, approached the same teller, and passed a robbery demand note.
11  The teller, fearing for her safety, complied and provided Taylor with $2,295. Taylor
12  took the money and departed the bank. The teller walked to her manager's desk and
13  saw the getaway vehicle. The teller observed a silver Dodge truck drive pass the
14  front of the bank. The teller saw JONES driving the truck, with Taylor sitting in the
15  passenger seat.

16    13.    Law enforcement found and arrested Taylor without incident on June
17  18, 2018. Taylor was provided with his Miranda rights. He elected to waive those
18  rights and to make a statement. Among other admissions, Taylor admitted to robbing
19  the US Bank on June 18, 2018. Taylor also stated he used his cellphone to search
20  online for banks in the area and how to get away with bank robberies.

21    14.    Law enforcement found and arrested JONES at her residence on June
22  19, 2018. JONES provided consent to search her bedroom. Law enforcement found
23  a cellular telephone, $215 dollars, and a cash receipt for a $200 purchase. The receipt
24  was date and time stamped only a few hours after the June 18, 2018, US Bank
25  robbery.

26    15.    A cellular telephone was seized during Taylor's arrest. Following his
27  arrest, Taylor admitted to being the user of that telephone. Law enforcement

4

1   conducted a search of Taylor's cellular telephone. On June 15, 2018 at 8:40 a.m.,
2   Taylor sent JONES a text message, on the phone found in JONES' room, which
3   stated "ok we can do 1 more Tuesday evening." JONES responded "Why Tuesday."
4   To which Taylor responded, "Because ill be out Wednesday evening."

5         16.   A search was conducted of JONES' cellular telephone pursuant to a
6   search warrant. *See* 18-mj-3818. A review of the phone indicated that JONES,
7   through the **Target Email**, had deleted her Google internet browser history on June
8   18, 2018. A physical review of JONES' Googlemaps Timeline history indicated
9   JONES was in the vicinity of the Chase bank on June 12, 2018, during the time
10  frame of the robbery. The history also showed that JONES was in the vicinity of the
11  Bank of America on June 14, 2018 during the attempted robbery, and was in the
12  vicinity of the US Bank on June 18, 2018, during the time of the robbery. A
13  preservation letter was sent to Google, Inc. on July 5, 2018.

14        17.   In my professional training, education, and experience, bank robbery
15  conspiracies require planning and coordination in the days, weeks and often months
16  prior to the event. This planning and coordination includes communication between
17  co-conspirators over email and Gchat, and the use of Googlemaps. Additionally, co-
18  conspirators often use their internet browser to research how to commit bank
19  robberies and how to avoid detection. Based on the information that I have gathered
20  so far in this case, I believe that there will be data contained on the Google account
21  associated with the **Target Email** that has not been captured by a search of JONES'
22  phone, such as internet search histories and navigation applications used during the
23  robberies and other information which may have been deleted off or never placed on
24  JONES' phone, that will assist law enforcement in this investigation. Given that the
25  information we have collected thus far reflects that the bank robberies began on June
26  9, 2018, and given that coordination and planning for bank robberies often occurs
27  before the actual robberies begin, I am requesting permission to search the Google

1   account associated with the **Target Email** for evidence from May 9, 2018, through

2   June 19, 2018.

3   **PROCEDURES FOR ELECTRONICALLY STORED INFORMATION**

4   18.   Federal agents and investigative support personnel are trained and

5   experienced in identifying communications relevant to the crimes under

6   investigation. The personnel of Google, Inc. (hereinafter "the internet service

7   providers" or "the ISPs") are not. It would be inappropriate and impractical for

8   federal agents to search the vast computer network of the ISPs for the relevant

9   accounts and then to analyze the contents of those accounts on the premises of the

10  ISPs. The impact on the ISPs' business would be disruptive and severe.

11  19.   Therefore, I request authority to seize all content, including electronic

12  mail and attachments, stored instant messages, stored voice messages, photographs,

13  and any other content from the Google account, as described in Attachments B.  In

14  order to accomplish the objective of the search warrant with a minimum of

15  interference with the business activities of the ISPs, to protect the privacy of the

16  ISPs' subscribers whose accounts are not authorized to be searched, and to

17  effectively pursue this investigation, the Federal Bureau of Investigation seeks

18  authorization to allow the ISPs to make digital copies of the entire contents of the

19  accounts subject to seizure.  The copies will be provided to me or to any authorized

20  federal agent. The copies will be imaged and the images will then be analyzed to

21  identify communications and other electronic records subject to seizure pursuant to

22  Attachments B. Relevant electronic records will be copied to separate media. The

23  original media will be sealed and maintained to establish authenticity, if necessary.

24  20.   Analyzing the data to be provided by the ISPs may require special

25  technical skills, equipment, and software. It may also be very time-consuming.

26  Searching by keywords, for example, often yields many thousands of "hits," each of

27  which must be reviewed in its context by the examiner to determine whether the data

6

is within the scope of the warrant. Merely finding a relevant "hit" does not end the review process. Keyword searches do not capture misspelled words, reveal the use of coded language, or account for slang. Keyword searches are further limited when electronic records are in or use foreign languages. Certain file formats also do not lend themselves to keyword searches. Keywords search text. Many common electronic mail, database and spreadsheet applications, which files may have been attached to electronic mail, do not store data as searchable text. Instead, such data is saved in a proprietary non-text format. And, as the volume of storage allotted by service providers increases, the time it takes to properly analyze recovered data increases dramatically. The ISPs do not always organize the electronic files they provide chronologically, which makes review even more time consuming and may also require the examiner to review each page or record for responsive material.

21. Based on the foregoing, searching the recovered data for the information subject to seizure pursuant to this warrant may require a range of data analysis techniques and may take weeks or even months. Keywords need to be modified continuously based upon the results obtained and, depending on the organization, format, and language of the records provided by the ISPs, examiners may need to review each record to determine if it is responsive to Attachments B. The personnel conducting the examination will complete the analysis within ninety (90) days of receipt of the data from the service provider, absent further application to this court.

22. Based upon my experience and training, and the experience and training of other agents with whom I have communicated, it is necessary to review and seize all electronic mails that identify any users of the subject accounts and any electronic mails sent or received in temporal proximity to incriminating electronic mails that provide context to the incriminating mails.

1
2
3

23.    All forensic analysis of the imaged data will employ search protocols directed exclusively to the identification and extraction of data within the scope of this warrant.

4

### GENUINE RISK OF DESTRUCTION OF DATA

5
6
7
8
9

24.    Based upon my experience and training, and the experience and training of other agents with whom I have communicated, electronically stored data can be permanently deleted or modified by users possessing basic computer skills. In this case, only if the subjects receive advance warning of the execution of this warrant, will there be a genuine risk of destruction of evidence.

10

### PRIOR ATTEMPTS TO OBTAIN DATA

11
12

25.    Other than as described above, the United States has not attempted to obtain this data by other means.

13

### CONCLUSION

14
15
16
17

26.    Based on the foregoing, I believe there is probable cause to believe items that constitute evidence and instrumentalities of violations of federal criminal law, namely, 18 U.S.C. §§ 2113(a), as described in Attachment B, will be found at the properties to be searched, as provided in Attachment A.

18
19
20
21

Brandon Cagle
Special Agent
Federal Bureau of Investigation

22
23

Subscribed and sworn before me this ___2___ day of August, 2018.

24
25
26
27

HONORABLE BARBARA L. MAJOR
United States Magistrate Judge

8

## ATTACHMENT A
## DESCRIPTION OF PREMISES TO BE SEARCHED

This warrant applies to information associated with the email account:

## Airn123475@gmail.com

that is stored at premises owned, maintained, controlled, or operated by Google Inc.  Google, Inc. is an Internet Service Provider with its primary computer information systems and other electronic communications and storage systems, records and data located at 1600 Amphitheater Parkway, Mountain View, California 94043.

## ATTACHMENT B
## LIST OF ITEMS TO BE SEIZED

1. <u>Service of Warrant</u>

The officer executing the warrant shall permit Google Inc., as custodian of the computer files described below, to locate the files and copy them onto removable electronic storage media and deliver the same to the officer.

2. <u>Items to be Provided by Google Inc.</u>

Items subject to seizure include all subscriber and/or user information, all profiles, address books, detailed billing records, Googlemaps data, Internet Protocol (IP) logs, and transactional data associated with the following Google email account from April 1, 2018 up to and including June 20, 2018:

Email Account: **Airn123475@gmail.com**

Google Inc. shall disclose responsive data, if any, by sending to Special Agent Brandon Cagle at 10385 Vista Sorrento Parkway, San Diego, CA 92121, using email, the US Postal Service or another courier service.

3. <u>Information to be seized by the government</u>

The search of the data supplied by Google Inc. pursuant to this warrant will be conducted by the FBI as provided in the "Procedures for Electronically Stored Information" section of the affidavit submitted in support of this search warrant and will be limited to the period from April 1, 2018 up to and including June 19, 2018, and to the seizure of:

Communications, records, and attachments tending to discuss or establish the commission of one or more bank robberies;

Communications, records, and attachments tending to identify the user of the account and any co-conspirators involved in the commission of one or more bank robberies; and

Communications, records, and attachments that provide context to any communications described above, such as electronic mail sent or received in temporal proximity to any relevant electronic mail and any electronic mail tending to identify users of the subject account;

Search history relevant to the bank robberies detailed in the affidavit;

Any and all available location information relevant to the bank robberies detailed in the affidavit;

Any and all location settings (such as location-based reminders set up by an individual using the account), Home screen and app organization relevant to the bank robberies detailed in the affidavit;

All records pertaining to communications between Google and any person regarding the account, including contacts with support services and records of action taken, from April 1, 2018 to June 19, 2018; and

The identity of the person(s) who created the email account, and who have access to the account, including records that help reveal the whereabouts of such person(s).

**Which are evidence of violations of Title 18, United States Code, Section 2113(a).**